1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICE DI AUNDRA ROGERS, | No. 2:23-CV-2460-TLN-DMC |
| Plaintiff, | |
| v. | **ORDER** |
| NEVADA COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On December 6, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. The time to file objections has passed, and the parties did not file any objections.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///
///
///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed December 6, 2023 (ECF No. 8) are ADOPTED IN FULL;
2. Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 2) is DENIED; and
3. The Court ORDERS Plaintiff to pay the filing fees of $405.00 within thirty (30) days of the electronic filing date of this Order.

Date:  February 2, 2024

_____
Troy L. Nunley
United States District Judge