UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE DI AUNDRA ROGERS,

Plaintiff,

v.

NEVADA COUNTY JAIL, et al.,

Defendants.

No.  2:23-cv-2460-TLN-DMC

**ORDER**

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 20, 2024, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice that Plaintiff may file objections within the time specified therein.  (ECF No. 10.)  The time to file objections passed, and Plaintiff did not file objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations, filed on March 20, 2024 (ECF No. 10), are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice; and
3. The Clerk of the Court is directed to close this case.

Date: May 15, 2024

_____
Troy L. Nunley
United States District Judge

2